No. 4645.—Burgos, apldo., v. Burgos y su esposa, aplte. esta última.— C. D. San Juan. Julio 28, 1928. Apareciendo de la moción de 13 de junio último, de la complementaria de 15 del propio mes y de los documentos acompañados, que la apelación en este caso se interpuso el 26 de abril de 1928 y hasta la fecha no se han archivado los autos sin que esté pendiente de tramitación exposición alguna del caso o transcripción de la evidencia, se declara con lugar la moción y en su consecuencia se desestima el recurso.